UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| COLIN ROSE,<br><br>        Petitioner,<br>vs.<br><br>WARDEN MARK BEZY,<br><br>        Respondent. | No. 1:05-CV-1476-SEB-VSS |

### Order Transferring Action to Eastern District of Virginia

Consistent with the Entry issued on February 28, 2006, and based on the absence of any response from the petitioner,

The above action is now **TRANSFERRED** to the United States District Court for the Eastern District of Virginia at Alexandria, Virgina.

**IT IS SO ORDERED**.

Date: 05/11/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Colin Rose
#19442-083
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.